In the Matter of VIM ELECTRIC Co., INC., Appellant. RETAIL & WHOLESALE EMPLOYEES UNION, LOCAL 830, Respondent.

Submitted May 17, 1948; decided May 21, 1948.

*Sidney O. Raphael* for motion.
*Samuel A. Sacher.* opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that an appeal lies as of right. Whether the appeal as of right should be taken from the order or from the judgment, we need not consider. (See *Matter of Morris White Fashions,* 295 N. Y. 450; *Arcadu* v. *Levinson,* 250 N. Y. 355; Eighth Annual Report of N. Y. Judicial Council, 1942, p. 440.)

MARGARET R. WILSON, Appellant and Respondent, *v.* KIRKE R. WILSON, Respondent and Appellant.

Submitted May 17, 1948; decided May 21, 1948.

Motion by defendant for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 646.]